# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Dkt. No. 20-MJ-284  Date 6/28/21

USAO No. 2020R00029

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ____ Removal Proceedings in

United States v. DANA MARIE EIDEM

The Complaint/Rule 40 Affidavit was filed on 1/9/2020

✓ U.S. Marshals please withdraw warrant

_____
ASSISTANT UNITED STATES ATTORNEY

Rushmi Bhaskaran
(Print name)

**SO ORDERED:**

DATE: June 28, 2021

_____
UNITED STATES MAGISTRATE JUDGE